**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

T.J. ROBERTS, *et al.*,

     *Plaintiffs,*

    v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, *et al.*,

     *Defendants.*

No. 2:26-cv-91-SCM

**PROPOSED ORDER**

Upon consideration of the parties' cross-motions for summary judgment, the Court hereby

**GRANTS** defendants' motion for summary judgment and **DENIES** plaintiffs' motion for summary

judgment.

    **SO ORDERED**.


Dated: _____

                             S. CHAD MEREDITH
                             UNITED STATES DISTRICT JUDGE