**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| T.J. ROBERTS; ZACHARY COCKRELL; MERIDIAN ORDNANCE LLC; BUCKEYE FIREARMS ASSOCIATION, INC.; CENTER FOR HUMAN LIBERTY; JEWS FOR THE PRESERVATION OF FIREARMS OWNERSHIP; and AMERICAN SUPPRESSOR ASSOCIATION FOUNDATION, INC., | No. 2:26-cv-00091-SCM |
| *Plaintiffs*, | |
| v. | <u>**MOTION FOR ADMISSION *PRO HAC VICE***</u> |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; DANIEL P. DRISCOLL, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; UNITED STATES DEPARTMENT OF JUSTICE; and TODD W. BLANCHE, in his official capacity as Acting Attorney General of the United States, | |
| *Defendants*. | |

Pursuant to local Civil Rule 83.2, Attorney John D. Ohlendorf hereby moves for admission *pro hac vice* to the United States District Court for the Eastern District of Kentucky to appear and participate as counsel for Plaintiffs in the above-captioned matter. In support of this motion, I, John D. Ohlendorf, state as follows:

1. I am a partner of the law firm of Cooper & Kirk, PLLC, located at 1523 New Hampshire Ave. N.W., Washington, D.C. 20036. My office telephone number is (202) 220-9617 and my electronic mailing address is johlendorf@cooperkirk.com.
2. I am admitted to practice in, currently active status in, and a member in good standing of the Bars of the District of Columbia (Bar No. 1024544) and State of Missouri (Bar No. 63145).

Attached hereto as **<u>Exhibit A</u>** is a certificate of good standing from the District of Columbia Bar. I am also admitted to practice in, currently in active status in, and a member of good standing in the following federal courts:

| Court | Date of Admission | Status |
|---|---|---|
| U.S. District Court for the Eastern District of Missouri | 09/03/2014 | Active |
| U.S. District Court for the District of Columbia | 07/11/2016 | Active |
| U.S. District Court for the District of Colorado | 05/31/2023 | Active |
| U.S. Court of Appeals for the First Circuit | 12/12/2017 | Active |
| U.S. Court of Appeals for the Second Circuit | 01/10/2019 | Active |
| U.S. Court of Appeals for the Third Circuit | 05/25/2018 | Active |
| U.S. Court of Appeals for the Fourth Circuit | 12/03/2015 | Active |
| U.S. Court of Appeals for the Fifth Circuit | 05/09/2017 | Active |
| U.S. Court of Appeals for the Sixth Circuit | 06/06/2016 | Active |
| U.S. Court of Appeals for the Ninth Circuit | 04/01/2022 | Active |
| U.S. Court of Appeals for the Tenth Circuit | 09/03/2014 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | 09/04/2025 | Active |
| U.S. Court of Appeals for the Federal Circuit | 05/31/2018 | Active |
| U.S. Court of Federal Claims | 12/09/2015 | Active |
| U.S. Supreme Court | 05/29/2018 | Active |

3. I have never been disbarred, suspended from practice, or subject to other disciplinary action by any court, Bar, or other admitting licensing authority. There are no disciplinary proceedings presently pending against me in any jurisdiction.

4. I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. I am experienced in using the CM/ECF system in multiple federal courts and have reviewed the training materials provided on the Corut's website.

6. I have submitted the prescribed *pro hac vice* admission fee concurrently with this motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order granting John D. Ohlendorf leave to appear before this Court *pro hac vice* on behalf of Plaintiffs for all purposes relating to the proceedings in the above-captioned matter.

Dated: September 1, 2026

Respectfully submitted,

/s/ John D. Ohlendorf
John D. Ohlendorf
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
(202) 220-9617
johlendorf@cooperkirk.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2026, the foregoing document was submitted with the Clerk of Court for the U.S. District Court, Eastern District of Kentucky, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ John D. Ohlendorf
John D. Ohlendorf
COOPER & KIRK, PLLC