**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| T.J. ROBERTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>*Defendants*. | No. 2:26-cv-91-SCM |

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE HEARING**

Several weeks ago, the Court scheduled a hearing on the parties' cross-motions for summary judgment for October 20, 2026. *See* Order, ECF No. 53. Since then, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") announced that, as of October 9, 2026, it will no longer enforce the National Firearms Act ("NFA") provisions that plaintiffs challenge in this case against anyone or as to any transactions to which those provisions apply. *See* ATF, *Open Letter to All Federal Firearms Licensees and the Public Regarding the National Firearms Act Making and Transfer Requirements for Certain Firearms and Devices* (Oct. 9, 2026), https://www.atf.gov/media/30961/download; ATF, *Update to NFA Transfer Guidance* (Oct. 9, 2026), https://www.atf.gov/firearms/update-to-nfa-transfer-guidance. Given the recency and relevance of this development, defendants need additional time to determine how, if at all, ATF's new nationwide nonenforcement policy impacts their positions in this and other related cases. Therefore, defendants respectfully request that the Court continue next week's hearing on the parties cross-motions for summary judgment for thirty days or until the Court's next availability thereafter. Defendants conferred with plaintiffs, who do not oppose this relief.

Defendants appreciate the Court's consideration. A proposed order is attached.

Dated: October 13, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On October 13, 2026, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Kentucky, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Trial Attorney
U.S. Department of Justice