UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

| | | |
|---|---|---|
| T.J. ROBERTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,<br><br>Defendants. | ) | Civil Action No. 2:26-cv-00091-SCM<br><br>**ORDER** |

*** *** *** ***

Before the Court is the Defendants' unopposed Motion to Continue Hearing. [Dkt. 57]. In light of the Bureau of Alcohol, Tobacco, Firearms and Explosives' ("ATF") directive that it will no longer enforce the National Firearms Act ("NFA") provisions that the Plaintiffs challenge in this case, *see* ATF, *Open Letter to All Federal Firearms Licensees and the Public Regarding the National Firearms Act Making and Transfer Requirements for Certain Firearms and Devices* (Oct. 9, 2026), https://www.atf.gov/media/30961/download; ATF, *Update to NFA Transfer Guidance* (Oct. 9, 2026), https://www.atf.gov/firearms/update-to-nfa-transfer-guidance, the Defendants request a 30-day continuance of the hearing on the parties' cross-motions for summary judgment, which is currently scheduled for October 20, 2026. [Dkt. 53]. The Defendants state that they "need additional time to determine how, if at all, ATF's new nationwide nonenforcement policy impacts their positions in this and other related cases." [Dkt. 57 at 1].

In light of the foregoing, the Court concludes that good cause exists to continue

this hearing. Accordingly, the Court being sufficiently advised, it is hereby **ORDERED** as follows:

(1) The Motion to Continue Hearing, [Dkt. 57], is **GRANTED**.

(2) The hearing on the parties' cross-motions for summary judgment currently set for October 20, 2026, is **CONTINUED** until **December 11, 2026, at 10:00 a.m.**, in **Lexington, Kentucky**.

Signed this 15th day of October, 2026.

S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky